UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

MEGAN RANKINS,
on behalf of herself and
all others similarly situated,

      Plaintiff,

v.

ABRIDGE CARE CONCEPTS, LLC

      Defendant

Case No. 23-cv-547

### PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SERVICE AWARD

NOW COMES Plaintiff, Megan Rankins, on behalf of herself and all others similarly-situated, by and through her counsel, Walcheske & Luzi, LLC, and hereby respectfully Motions this Court for approval of Plaintiff's Service Award on the grounds set forth below.

1. The Seventh Circuit has recognized that class representatives may be entitled to service awards. *See Spicer v. Chi. Bd. Options Exch.*, 844 F. Supp. 1226, 1267 (N.D. Ill. 1993) (citing *In re Cont'l Ill. Sec. Litig.*, 962 F.2d 566, 571 (7th Cir. 1992)). The amount of the award can reflect the extent to which the class has benefitted from the plaintiff's efforts to protect the interests of the class and the amount of time and effort expended. *See Cook v. Niedert*, 142 F.3d 1004, 1016 (7th Cir. 1998).

2. In this case, the parties have agreed that Plaintiff will receive a Service Award, subject to Court approval, in the total amount of $1,500.00. (ECF No. 26-1, ¶ 3.3.) Defendant does not oppose this request and agrees that it is reasonable given the amount of the Gross Settlement Fund and Plaintiff's efforts in the case. (*Id.*)

3. Plaintiff's Service Award is reflective of Plaintiff's time commitment working with counsel in bringing and prosecuting this matter, including but not limited to, providing counsel with pre-suit information and documentation and actively participating in the parties' settlement discussions on behalf of the FLSA collective and WWPCL class.

4. The Service Award also recognizes the significant monetary success of the parties' settlement, and the extent to which the FLSA Collective and WWPCL Class members have benefitted from Plaintiff's efforts to protect their legal and monetary interests.

5. Indeed, the proposed service award of $1,500.00 is less than the range of those which district courts have routinely awarded in this circuit. *Chesemore v. All. Holdings, Inc.*, 2014 WL 4415919, at *5 (W.D. Wis. Sept. 5, 2014), *aff'd sub nom. Chesemore v. Fenkell*, 829 F.3d 803 (7th Cir. 2016) (recognizing that service awards are commonly between $5,000 and $25,000).

6. Likewise, the proposed service award of $1,500.00 is less than other recent awards approved by this District. *See e.g Johnson v. National Technologies, Inc.,* No. 18-cv-462, ECF No. 57 (E.D. Wis., July 22, 2019) (Jones, Mag.) ($8,500.00); *Lee v. UL LLC,* Case No. 17-cv-1617, ECF No. 59 (E.D. Wis. Nov. 25, 2019) (Griesbach, J.) ($20,000.00); *Stirmel v. S&C Electric Co.,* Case No. 20-cv-347, ECF No. 44 (E.D. Wis. March 5, 2021) (Adelman, J.) ($20,000.00); *Cooper v. OS Restaurant Srvs., LLC, et al.,* Case No. 20-cv-240, ECF No. 57 (E.D. Wis. June 9, 2021) (Adelman, J.) ($10,000.00); *Mitchell v. Trilliant Food and Nutrition, LLC,* Case No. 19-cv-147, ECF No. 185 (E.D. Wis. Sept. 2, 2021) (Griesbach, J.) ($15,000.00); *Todd v. AA Healthcare Management LLC, et al.,* Case No. 20-cv-1744, ECF No. 58 (E.D. Wis. Aug. 5, 2022) (Ludwig, J.) ($9,500.00); *Newman v. Luvata Appleton LLC,* Case No. 22-cv-942, ECF No. 39 (E.D. Wis. Aug. 7, 2023) (Griesbach, J.) ($20,000.00); *Solem v. McCain Foods USA, Inc.,* Case No. 22-cv-137, ECF No. 50 (E.D. Wis. Aug. 21, 2023) (Griesbach, J.) ($20,000.00); *Smith v.*

*HellermannTyton Corp.,* Case No. 19-cv-1262, ECF No. 110 (E.D. Wis. Sept. 6, 2023) (Adelman, J.) ($10,000.00); *Kolbow, et al. v. API Heat Transfer Inc., et al.,* Case No. 22-cv-451, ECF No. 40 (E.D. Wis. Sept. 21, 2023) (Stadtmueller, J.) ($11,000.00); *Ciha v. Masters Gallery Foods Inc.,* Case No. 21-cv-1405-scd, ECF No. 39 (E.D. Wis. Oct. 30, 2023) (Dries, Mag.) ($15,000.00); *Sanders v. Mid-City Foundry Co.,* Case No. 23-cv-318, ECF No. 30 (E.D. Wis. Mar. 4, 2024) (Duffin, Mag.) ($10,000.00).

**WHEREFORE**, Plaintiff respectfully requests that this Court grant her Motion for Approval of Service Award in the amount of $1,500.00 as set forth herein.

Dated this 15th day of May, 2025

WALCHESKE & LUZI, LLC
Counsel for Plaintiff

 **s/ *David M. Potteiger***
James A. Walcheske, State Bar No. 1065635
Scott S. Luzi, State Bar No. 1067405
David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-mail: jwalcheske@walcheskeluzi.com
E-mail: sluzi@walcheskeluzi.com
E-mail: dpotteiger@walcheskeluzi.com